# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 16, 2022

## NO. 03-20-00567-CV

### CMST Development, LLC, Appellant

### v.

### City of Austin, Appellee

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the order denying CMST Development's motion for partial summary judgment and the order granting the City of Austin's motion for summary judgment, both signed by the trial court on November 10, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's orders. CMST Development shall pay all costs relating to this appeal, both in this Court and in the court below.